```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A96-0335--CV (JWS)
                "USA V TWELVE PIECES OF PROPERTY ET AL"

        Including terminated parties, excluding terminated counsel


    Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
   Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
      Referral Rule:  adm. 4
              Filed: 09/16/96
             Closed: NO

       Jurisdiction: (1) U.S. Plaintiff
      PLF Diversity:
      DEF Diversity:

     Nature of Suit: (690) Other forfeiture and penalty suits
                     FORFEITURE OF REAL AND PERSONAL PROPERTY
             Origin: (1) Original Proceeding
             Demand:
         Filing fee: Waived
           Trial by: Jury

 District Court Criminal Case NO: A94-0036--CR
                    Other Case NO: A94-0401--CV


Parties of Record:                           Counsel of Record:

PLF 1.1             UNITED STATES OF AMERICA    James N. Barkeley
                                                U.S Attorney's Office
                                                222 W. 7th Avenue, #9
                                                Anchorage, AK 99513-7567
                                                907-271-5071


DEF 1.1        [T] TWELVE PIECES OF REAL PROPERTY    No counsel found for this party!
                   WITH ALL APPURTENANCES &

DEF 2.1            T17NR5W, SECTION 33, SEWARD PRIME  Phillip Paul Weidner
                   MERIDIAN, ALASKA, TRACT A          Weidner & Associates Inc
                                                      330 L Street, Suite 200
                                                      Anchorage, AK 99501
                                                      907-276-1200
                                                      FAX 907-278-6571

DEF 3.1            12.32 ACRES OF UNIMPROVED REAL     Phillip Paul Weidner
                   PROPERTY,MORE FULLY DESCRIBED      (see above)

DEF 4.1            .60 ACRES OF UNIMPROVED REAL       Phillip Paul Weidner
                   PROPERTY LOCATED AT RABBIT         (see above)

DEF 5.1            $50,000 IN U.S. CURRENCY           Phillip Paul Weidner
                                                      (see above)

DEF 6.1            ONE HEAT SEALED BAG OF APPROX      Phillip Paul Weidner
                   $5,000 IN U.S. CURRENCY            (see above)

DEF 7.1            PLUNK, GERALD FRANK                Phillip Paul Weidner
                                                      (see above)
```

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CIVIL DOCKET PARTY INFORMATION FOR CASE A96-0335--CV (JWS)
"USA V TWELVE PIECES OF PROPERTY ET AL"

Including terminated parties, excluding terminated counsel

| Parties of Record: | | Counsel of Record: |
|---|---|---|
| DEF 8.1 | SUPERCUB, PA-18, ID# N4545B, 1975 | Phillip Paul Weidner (see above) |
| DEF 9.1 | CESSNA, U206B, ID# N4994F, 1967 | Phillip Paul Weidner (see above) |
| DEF 10.1 | ARROW GARE SEAHAWK, ID# N76KD, 1986 | Phillip Paul Weidner (see above) |
| DEF 11.1 | CESSNA, 206, ID# N5217U, 1964, WITH ALL LOG BOOKS, IMPROVMNT | Phillip Paul Weidner (see above) |
| CLM 1.1 | MCAMIS, ROBERT K. | William D. Artus Attorney at Law 629 L Street Anchorage, AK 99501 907-277-9918 FAX 907-279-9918 |
| CLM 2.1 | MCAIR INC | William D. Artus (see above) |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
          CIVIL DOCKET ENTRIES FOR CASE A96-0335--CV (JWS)
                 "USA V TWELVE PIECES OF PROPERTY ET AL"

                         For all filing dates
```

```
  Presiding Judge:  The Honorable John W. Sedwick, U.S. District Judge
 Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
    Referral Rule:  adm. 4
            Filed:  09/16/96
           Closed:  NO

     Jurisdiction:  (1) U.S. Plaintiff
    PLF Diversity:
    DEF Diversity:

   Nature of Suit:  (690) Other forfeiture and penalty suits
                    FORFEITURE OF REAL AND PERSONAL PROPERTY
           Origin:  (1) Original Proceeding
           Demand:
       Filing fee:  Waived
         Trial by:  Jury

District Court Criminal Case NO: A94-0036--CR
                  Other Case NO: A94-0401--CV
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 09/16/96 | Complaint filed w/att aff. |
| 2 - 1 | 09/16/96 | PLF 1 motion for expedited judicial issuance of seizure warrants and in rem warrants of arrest w/att aff. |
| 3 - 1 | 09/16/96 | JKS Order referring this matter to MJ Roberts per MJ rule Adm. 4. cc cnsl MJ Roberts |
| NOTE - 1 | 09/17/96 | Issued: seizure warrants as to property described as one heat sealed bag of approx. $5,000 in US Currency and property described as $50,000 in US Currency. |
| 4 - 1 | 09/17/96 | JDR Order granting motion for expedited judicial issuance of seizure warrants and in rem warrant (2-1) as to the property described as $50,000 in US Currency and one heat sealed bag of approximately $5,000 in US Currency;the seizure of the12 parcels of real property in the manner requested by the gov't may violate the fifth amendment; the gov't shall have 10 dys from the date of this order to make suitable showing of exigent circumstances or indicate that it will proceed by giving owner notice prior to seizure of real property. cc cnsl USM |
| 5 - 1 | 09/18/96 | JWS Minute Order reassigning case to Judge Sedwick, pltf to advise crt by 10/31/96 whether case shld be consolidated w/A94-0401 CV. cc cnsl, Judge Singleton, MJ Roberts. |
| 6 - 1 | 09/27/96 | PLF 1 Response to Order at #4. |
| NOTE - 2 | 09/30/96 | MJ Issued: in rem WOAs re D1-4 |
| 7 - 1 | 10/11/96 | Return of service re D-1, cmplnt, warrant & notice of arrest, 10-10-96 |
| 8 - 1 | 10/11/96 | Return of service re D-3, arrest & notice; 10-9-96 |
| 9 - 1 | 10/11/96 | Return of service re D-4, arrest & notice, 10-10-96 |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
          CIVIL DOCKET ENTRIES FOR CASE A96-0335--CV (JWS)
               "USA V TWELVE PIECES OF PROPERTY ET AL"
```

For all filing dates

| Document # | | Filed | Docket text |
|---|---|---|---|
| 10 | 1 | 10/11/96 | PLF 1 Dismissal Notice re part of D-1 (Timberlux sub, add #3, Block F, Lot 3, also known as 14940 Longbow drive), per R41. |
| 11 | 1 | 10/15/96 | USM Return of Service Executed re Durafort Construction, Inc, 10-8-96. |
| 12 | 1 | 10/15/96 | USM Return of Service Executed re D-5, 10-15-96 |
| 13 | 1 | 10/17/96 | DEF 1-6 Attorney Appearance of P. Weidner |
| 14 | 1 | 10/17/96 | DEF 2-6 Notice of challenge of jurisdiction |
| 14 | 2 | 10/17/96 | DEF 2-6 motion to dismiss for lack of jurisdiction |
| 14 | 3 | 10/17/96 | DEF 2-6 motion for stay of proceedings w/att memo & aff |
| 15 | 1 | 10/18/96 | US Marshal Return of form 285 re arrest of real property (DEF 2-1), exec 10/16/96. |
| 15A | 1 | 10/29/96 | PLF 1 Application for entry of default agnst property |
| 16 | 1 | 10/30/96 | JWS Stipulation and Order that pltf has to 11-4-96 to file response to def's mot to dismiss. cy cnsl |
| 17 | 1 | 10/31/96 | Clerk's Notice that default will not be entered due to pending motion to dismiss. cy cnsl, Judge Sedwick |
| 18 | 1 | 10/31/96 | PLF 1 Response to Order (notice re consolidation of cases) |
| 19 | 1 | 10/31/96 | USM Return of seizure warr & in rem warr re one heat sealed bag of approx $5000 in currency |
| 20 | 1 | 11/04/96 | DEF 1-6 Response to and/or Objections to pltfs' request to enter default |
| 21 | 1 | 11/04/96 | PLF 1 motion (rule 60(A)) for correction of clerical error & renewed request to enter default in rem |
| 22 | 1 | 11/04/96 | PLF 1 opposition to DEF 2-6 motion to dismiss for lack of jurisdiction (14-2), DEF 2-6 motion for stay of proceedings w/att memo & aff (14-3) |
| 23 | 1 | 11/12/96 | DEF 2-6 reply to opposition to DEF 2-6 motion to dismiss for lack of jurisdiction (14-2), DEF 2-6 motion for stay of proceedings w/att memo & aff (14-3) |
| 24 | 1 | 11/12/96 | DEF 2-6 opposition to PLF 1 motion (rule 60(A)) for correction of clerical error & renewed request to enter default in rem (21-1) |
| 25 | 1 | 11/12/96 | PLF 1 Reply to Plunk's objection to plf's request to enter default |
| 26 | 1 | 11/15/96 | PLF 1 reply to opposition to PLF 1 motion (rule 60(A)) for correction of clerical error & renewed request to enter default in rem (21-1) |
| 27 | 1 | 11/18/96 | USM Return of publication in the Anchorage Daily News on 10/13, 20, 27/96 w/att cc of ad |
| 28 | 1 | 11/20/96 | DEF 7 Notice of filing of protected claim of ownership and/or right to restitiution and/or to defend w/att exhibit |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A96-0335--CV (JWS)
                               "USA V TWELVE PIECES OF PROPERTY ET AL"

                                          For all filing dates


 Document #    Filed      Docket text

    29 -  1   11/20/96    DEF 7 Protected verified Claim of ownership and/or right to restitution
                          and/or to defend

    30 -  1   11/20/96    DEF 2-7 Notice of judg of acq in criminal forfeiture action w/att exhs

    30 -  2   11/20/96    DEF 2-7 motion to dismiss due to double jeopardy and issue preclusion
                          and res judicat w/att exhs

    31 -  1   12/02/96    JWS Order denying motion (rule 60(A)) for correction of clerical error &
                          renewed request to ent (21-1); granting/denying motion to dismiss for
                          lack of jurisdiction (14-2), motion for stay of proceedings (14-3) as
                          stated; Plunk shall file his verified claim w/n 30dys of the date of
                          this order. cc: cnsl

    32 -  1   12/05/96    PLF 1 opposition to DEF 2-7 motion to dismiss due to double jeopardy and
                          issue preclusion and res judicat w/att exhs (30-2)

    33 -  1   12/23/96    DEF 2-7 motion for further extension of time to file claim w/att memo &
                          aff

    33 -  2   12/23/96    DEF 2-7 motion for clarification of briefing schedule re pending motion
                          to dismiss w/att memo & aff

    33 -  3   12/23/96    DEF 2-7 motion for 30 day extension of time to file supplemental
                          briefing re motion to dismiss w/att memo & aff

    34 -  1   01/14/97    PLF 1 part non-opposition to DEF 2-7 motion for further extension of
                          time to file claim w/att memo & aff (33-1), DEF 2-7 motion for
                          clarification of briefing schedule re pending motion to dismiss w/att
                          memo & aff (33-2), DEF 2-7 motion for 30 day extension of time to file
                          supplemental briefing re motion to dismiss w/att memo & aff (33-3)

    35 -  1   01/16/97    JWS Minute Order granting/denying motion for further extension of time
                          to file claim (33-1), motion for clarification of briefing schedule re
                          pending motion to dismiss (33-2), motion for 30 day extension of time to
                          file supplemental briefing re motion (33-3); Plunk ans/rspnsve pleading
                          due 3/14/97. cc cnsl

    36 -  1   01/17/97    JWS Order denying motion to dismiss due to double jeopardy and issue
                          preclusion and res judicat (30-2). cc cnsl

    37 -  1   01/22/97    DEF 7 motion for extension of time in which to file motion for
                          reconsideration w/att aff

    38 -  1   02/12/97    JWS Minute Order denying motion for extension of time in which to file
                          motion for reconsideration (37-1). cc cnsl

    39 -  1   03/14/97    DEF 7 Protected Answer to Complaint

    40 -  1   03/14/97    DEF 7 motion to dismiss for failure to state a claim/due to double
                          jeopardy/issue preclusion and res judicata/collateral estoppel, claim
                          preclusion and prohibition against sequential and serial attempts by the
                          government to forfeit property w/att memo.

    41 -  1   03/14/97    DEF 7 Request for Oral Argument re: DEF 7 motion to dismiss for failure
                          to state a claim/due to double jeopardy/issue preclusion and res
                          judicata/collateral estoppel, claim preclusion and prohibition against

 ACRS: R_VDSDX                      As of 10/31/05 at 5:12 PM by GARRY                       Page 3
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                          CIVIL DOCKET ENTRIES FOR CASE A96-0335--CV (JWS)
                              "USA V TWELVE PIECES OF PROPERTY ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | sequential and serial attempts by the government to forfeit property w/att memo. (40-1). |
| 42 - 1 | 03/14/97 | DEF 2-7 Request for Jury Trial |
| 43 - 1 | 03/31/97 | PLF 1 opposition to DEF 7 motion to dismiss for failure to state a claim/due to double jeopardy/issue preclusion and res judicata/collateral estoppel, claim preclusion and prohibition against sequential and serial attempts by the government to forfeit property (40-1) |
| 44 - 1 | 04/18/97 | USM Return of Service Executed re 2 lis pendens on Anchorage Recording District 9/30/97. |
| 45 - 1 | 04/18/97 | USM Return of Service Executed of 8 lis pendens on Palmer Recording District 10/1/96. |
| 46 - 1 | 04/22/97 | JWS Minute Order setting o/a on mot to dismiss for 5/1/97 @ 10 AM. cc cnsl |
| 47 - 1 | 04/29/97 | DEF 2-7 Unopposed Motion to extend 5/1/97 o/a to week of 5/12/97 w/att aff |
| 48 - 1 | 04/30/97 | JWS Minute Order granting unopp mot to ext o/a on mot to dsms; o/a reset for 5/16/97 @ 9AM. cc cnsl |
| 49 - 1 | 05/19/97 | JWS Court Minutes [ECR: Linda Christensen] re: O/A on motion to dismiss #40 [held 5/16/97]taken under advisement the motion to dismiss for failure to state a claim/due to double jeopardy/issue (40-1). cc: cnsl |
| 50 - 1 | 05/19/97 | JWS Order denying motion to dismiss for failure to state a claim/due to double jeopardy/issue (40-1); this order is not subject to reconsideration or other collateral attack in this court w/att appendixs. cc: cnsl |
| 51 - 1 | 05/30/97 | JWS Minute Order that unless party or clmnt files show cause why A96-335 CV & A94-401 CV shldn't be consolidated w/in 20 days, cases will be consolidated. cc cnsl |
| 52 - 1 | 06/19/97 | DEF 2-7 Initial Case Status Report as to Case Scheduling and Planning. |
| 53 - 1 | 07/07/97 | JWS Minute Order consolidating this case w/A94-0401 CV (JWS) for all purposes; future filings to be in A96-0335 CV (JWS). cc cnsl |
| 54 - 1 | 09/03/97 | PLF 1 motion to compel discovery and memorandum in support thereof. |
| 55 - 1 | 09/12/97 | CLM 1-2 Witness List. |
| 56 - 1 | 09/12/97 | PLF 1 Final Witness List . |
| 57 - 1 | 09/12/97 | DEF 2-11 opposition to PLF 1 motion to compel discovery w/att exhs (54-1). |
| 57 - 2 | 09/12/97 | DEF 2-11 motion (renewed) to stay proceedings and for order and clarification of use immunity w/att exhs. |
| 58 - 1 | 09/12/97 | DEF 1-11 Request for Oral Argument re: PLF 1 motion to compel discovery and memorandum in support thereof. (54-1), DEF 2-11 motion (renewed) to stay proceedings and for order and clarification of use immunity and |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A96-0335--CV (JWS)
                         "USA V TWELVE PIECES OF PROPERTY ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| | | memo in support w/att exhibits (57-2). |
| 59 - 1 | 09/16/97 | PLF 1 Unopposed Motion for extension of time to file reply to oppo to mot compel disc until 09/29/97. |
| 59 - 2 | 09/18/97 | Order granting #59-1. cc: cnsl. |
| 60 - 1 | 09/29/97 | PLF 1 reply to opposition to PLF 1 motion to compel discovery (54-1). |
| 61 - 1 | 11/06/97 | PLF 1 Notice of ripeness (re mot to compel @ dkt #54). |
| 62 - 1 | 11/07/97 | JWS Minute Order extending close of disc to 3/13/98 & disp mot ddln to 4/3/98. cy cnsl |
| 63 - 1 | 11/12/97 | JWS Minute Order setting o/a for 11/20/97 @ 10 a.m. on mot to compel (dkt 54) and renewed mot to stay (dkt 57). cy cnsl |
| 64 - 1 | 11/20/97 | JWS Minute Order denying motion to compel discovery and memorandum in support thereof (54-1) except for Claimant F. Plunk to execute a standard IRS form which authorizes plf to obtain copies of all his federal income tax returns for the years 1980 through 1995 inclusive & Claimant F. Plunk shall forthwith execute a standard Social Security Adm release form authorizing plf to obtain SS information on F. Plunks earnings for the years 1980 through 1995 inclusive. cc:cnsl |
| 65 - 1 | 11/21/97 | JWS Court Minutes re: O/A on plf mot to compel dkt 54 & defs' renewed mot to stay proceedings dkt 57 (held 11/21/97) [ECR: Linda Christensen]; def is to sign standard form IRS release authorizing the IRS to release copies of the def's tax returns for years 1980 through 1995. Def to execute a release allowing the Social Security Adm to report to the govt records of his earnings; terminating in light of this mot (renewed) to stay proceedins & for order & clarification of use (57-2) . cc:cnsl |
| 66 - 1 | 12/01/97 | Transcript re: oral argument on plf's mot to compel (docket #54) and def's renewed mot to stay proceedings (docket #57) held 11/20/97. |
| 67 - 1 | 02/25/98 | PLF 1 motion for interlocutory sale of two defendant aircraft with att aff & exhs. |
| 68 - 1 | 03/12/98 | DEF 7 motion for extension of time to respond to motion for interlocutory sale of two defendant aircraft for 30 days. |
| 69 - 1 | 03/13/98 | PLF 1 non-opposition to DEF 7 motion for extension of time to respond to motion for interlocutory sale of two defendant aircraft for 30 days. (68-1) |
| 68 - 2 | 03/17/98 | JDR Order granting motion for extension of time till 4/13/98 to respond to motion for interlocutory sale of (68-1). cc: cnsl |
| 70 - 1 | 03/18/98 | Order Certifying Ready for Trial; certification due w/in 15 days. cc: cnsl |
| 74 - 1 | 04/02/98 | PLF 1 Response to Order re: parties' certification of eadiness for trial. |
| 71 - 1 | 04/03/98 | DEF 2-11 motion for partial summary judgment. |
| 72 - 1 | 04/03/98 | DEF 2-11 motion (renewed) for stay/notice to court that trial should not proceed. |

Case 3:96-cv-00335-JWS Document 154 Filed 09/16/1996 Page 8 of 12

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A96-0335--CV (JWS)
                         "USA V TWELVE PIECES OF PROPERTY ET AL"
```

For all filing dates

```
Document #    Filed      Docket text

    73 -  1   04/03/98   PLF 1 motion for summary judgment and memorandum in support thereof
                         w/att exhs.

    75 -  1   04/13/98   DEF 2-10 Unopposed Motion for ext of time until 5/11/98 for defs' to
                         file oppo to plf's mot for interlocutory sal of two def aircraft w/att
                         aff.

    75 -  2   04/13/98   Order granting dkt 75-1. cc: cnsl

    76 -  1   04/13/98   DEF 2-10 Unopposed Motion for ext of time until 5/21/98 for defs' to
                         file oppo to plf's mot for sj and for plf to have until 6/25/98 to file
                         reply w/att aff.

    76 -  2   04/13/98   Order granting dkt #76-1. cc: cnsl

    77 -  1   04/14/98   PLF 1 opposition to DEF 2-11 motion for partial summary judgment (71-1),
                         DEF 2-11 motion (renewed) for stay/notice to court that trial should not
                         proceed (72-1).

    78 -  1   04/23/98   CLM 1-2 Attorney Substitution of Wm. Artus for Hal R. Horton.  cc: cnsl

    79 -  1   05/11/98   DEF 2-11 opposition to PLF 1 motion for interlocutory sale of two
                         defendant aircraft (67-1).

    80 -  1   05/13/98   JWS Minute Order denying motion for partial summary judgment (71-1). cc:
                         cnsl

    81 -  1   05/15/98   PLF 1 reply to opposition to PLF 1 motion for interlocutory sale of two
                         defendant aircraft (67-1).

    82 -  1   05/20/98   PLF 1; DEF 2-11 Second Unopposed Motion on shortened time for extension
                         of time for def's to file oppo to plf's motion for sj w/att aff in
                         camera.

    83 -  1   05/20/98   DEF 2-11 Notice of filing unsigned aff of counsel in camera.

    84 -  1   05/21/98   JWS Minute Order granting unoppo mot at dkt 82; oppo to plf mot for sj
                         due 5/27/98. cc: cnsl

    85 -  1   05/26/98   DEF 2-11 Affidavit re: PLF 1 motion for summary judgment and memorandum
                         in support thereof (73-1) w/att sealed aff.

    86 -  1   05/28/98   JWS Minute Order granting motion for interlocutory sale of two defendant
                         aircraft (67-1). cc: cnsl, USM

    87 -  1   05/29/98   DEF 1-11 opposition to PLF 1 motion for summary judgment and memorandum
                         in support thereof (73-1) w/att exhs.

    88 -  1   06/25/98   PLF 1 reply to opposition to PLF 1 motion for summary judgment (73-1).

    89 -  1   07/15/98   JWS Minute Order denying mot (renewed) for stay/notice to crt that trial
                         should not proceed (72-1); granting mot for sj (73-1). cc: cnsl

    90 -  1   07/15/98   JWS Minute Order that plf to lodge prop form of judg w/i 10 days. cc:
                         cnsl

    91 -  1   07/16/98   DEF 1-11 appeal to 9CCA of (86-1) filed 05/28/98. cc:cnsl, Judge, 9CCA
                         98-35702
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                     CIVIL DOCKET ENTRIES FOR CASE A96-0335--CV (JWS)
                          "USA V TWELVE PIECES OF PROPERTY ET AL"

                                  For all filing dates

Document #    Filed      Docket text
_____    _____      _____

   92 -   1   07/22/98   PLF 1 motion for final decree of forfeiture w/att declaration.

   93 -   1   08/03/98   Copy of 9CCA Time Schedule Order.  cc:  ECR.  98-35702.

   94 -   1   08/10/98   PLF 1; DEF 1-11 Unopposed Motion for ext of time until 8/12/98 to file
                         oppo to plf's mot and proposed final decree of forfeiture w/att affs
                         (one under seal).

   95 -   1   08/12/98   DEF 2-11 opposition to PLF 1 motion for final decree of forfeiture
                         (92-1) .

   96 -   1   08/12/98   DEF 2-11 Request for Oral Argument re: oppo to PLF 1 motion for final
                         decree of forfeiture (92-1) .

   97 -   1   08/21/98   PLF 1 reply to opposition to PLF 1 motion for final decree of forfeiture
                         (92-1).

   98 -   1   08/26/98   JWS Minute Order granting motion for final decree of forfeiture (92-1).
                         cc: cnsl.

   99 -   1   08/26/98   JWS Final Decree of forfeiture. cc: cnsl, USM, A94-401 CV (JWS)

  100 -   1   10/21/98   DEF 1-11 appeal to 9CCA of (99-1) filed 08/26/98. cc:cnsl, Judge, 9CCA
                         w/CADS & Representation Statement 98-36055

  101 -   1   11/09/98   Copy of 9CCA Time Schedule Order. 98-36055.  cc:  ECR.

  102 -   1   01/23/02   Copy of Order from 9CCA that appellant's mot for lv to file an
                         overlength revised opening brief of words is granted.  Appellants' mot
                         to file supplemental excerpts of record Vol. I & II is also granted.
                         Appellant shall file 15 copies by 2/1/02 ofpriposed revised openign
                         brief and 4 more copies of the supplemental excerpts; answering brief
                         now due 3/4/02, optional reply brief due 14 days from svc of answering
                         brief (91-1), (100-1) cc:cnsl, Judge Sedwick

  103 -   1   04/08/02   Copy of Order from 9CCA that appellees' unopposed motion for lv to file
                         late answering brief is GRANTED. Previously recvd answering brief shall
                         be filed. Optional reply brief is due 04/08/02. (91-1), (100-1) cc:cnsl,
                         Judge Sedwick

  104 -   1   04/29/02   Copy of Order from 9CCA that the motion for a futher extension of time
                         to file the reply brief is DENIED. The reply brief is now due 05/02/02.
                         (91-1), (100-1) cc:cnsl, Judge Sedwick

 NOTE -   3   07/30/02   Notation (re: Appeal): Clerk's Files in 5 original vols forwarded to
                         9CCA.

 NOTE -   4   08/29/02   Notation (re: Appeal): Sealed volume w/cy of docket forwarded to 9CCA
                         via FedEx.

  105 -   1   02/28/03   Copy of Order from 9CCA. (91-1) cc:cnsl, Judge Sedwick

  106 -   1   07/03/03   9CCA Judgment re: notice of appeal (91-1) that the district court's
                         decision is hereby AFFIRMED IN PART, REVERSED IN PART AND REMANDED.  cc:
                         cnsl, Judge Sedwick

  107 -   1   07/08/03   JWS Minute Order that plf has until 8/4/03 to file addtl evidence re:
                         9CCA remand or crt will enter amended judg. cc: cnsl

ACRS: R_VDSDX                As of 10/31/05 at 5:12 PM by GARRY                       Page 7
```

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A96-0335--CV (JWS)
                        "USA V TWELVE PIECES OF PROPERTY ET AL"
```

                                For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 108 - 1 | 07/10/03 | PLF 1 Response to Order from chambers dated 7/8/03 (#107). |
| 109 - 1 | 07/11/03 | JWS Minute Order that govt file a clarification of position in rpt at dkt 108 w/i 10 days. cc: cnsl |
| 110 - 1 | 07/15/03 | PLF 1 Supplemental Report. |
| 111 - 1 | 08/07/03 | JWS Minute Order that joint stat rpt re: settl due 12/1/03. cc: cnsl |
| 112 - 1 | 08/21/03 | DEF 2-11 Position re: obligations of the govt for damages w/att exhs. |
| 113 - 1 | 12/01/03 | PLF 1 Joint Status Report. |
| 114 - 1 | 12/04/03 | JWS Minute Order that updated stat rpt or closing docs due 1/30/04. cc: cnsl |
| 115 - 1 | 01/30/04 | PLF 1 Joint Status Report. |
| 116 - 1 | 03/02/04 | JWS Minute Order that plf file updated stat rpt by 3/31/04. cc: cnsl |
| NOTE - 5 | 03/22/04 | Notation (re: Appeal): Rec'd from 9CCA USDC court record consisting of 5 original unsealed case file vols and 1 sealed case file vol for a total of 6 case file vols. |
| 117 - 1 | 03/31/04 | Joint Report re: status. |
| 118 - 1 | 04/07/04 | JWS Minute Order that plf file updated stat rpt by 6/25/04. cc: cnsl |
| 119 - 1 | 06/24/04 | PLF 1 Statu Report. |
| 120 - 1 | 08/30/04 | JWS Minute Order that plf file updated stat rpt by 9/10/04. cc: cnsl |
| 121 - 1 | 09/10/04 | Joint Report re: status. |
| 122 - 1 | 09/15/04 | JWS Minute Order that updated stat rpt due 11/1/04. cc: cnsl |
| 123 - 1 | 11/01/04 | Joint Status Report. |
| 124 - 1 | 12/13/04 | JWS Minute Order that plf file further stat rpt by 1/3/05. cc: cnsl |
| 125 - 1 | 12/14/04 | PLF 1 Attorney Substitution of James Barkeley (AUSA). |
| 126 - 1 | 01/03/05 | PLF 1 Status Report. |
| 127 - 1 | 01/19/05 | JWS Minute Order that further stat rpt due 2/8/05. cc: cnsl |
| 128 - 1 | 01/26/05 | PLF 1 motion for order directing calculation and payment of prejudgment interest. |
| 129 - 1 | 02/22/05 | JWS Order granting mot for ord directing calculation & payment of prejudg interest (128-1); USM to calculate & pay prejudg interest on 1975 Super Cub & Hock Lake Property to DEF 7. cc: cnsl, USM |
| 130 - 1 | 03/18/05 | PLF 1 Status Report. |
| 131 - 1 | 03/22/05 | JWS Minute Order that unless parties file objs by 4/1/05 to clk closing case  it will be closed by 4/4/05. cc: cnsl |

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A96-0335--CV (JWS)
                              "USA V TWELVE PIECES OF PROPERTY ET AL"

                                        For all filing dates


 Document #    Filed       Docket text

   132 -   1   04/01/05    DEF 1-11 Objection to closing of case w/att exhs.

   133 -   1   04/04/05    DEF 1-11 Further Objection(s) to closing of case/suppl stat rpt by defs
                           w/att exhs.

   134 -   1   05/05/05    JWS Minute Order that DEF 7 has until 7/5/05 to file mots re: dispute as
                           to amount of compensation due. cc: cnsl

   135 -   1   07/05/05    DEF 2-11 motion for extension of time for defendant to file motion(s)
                           regarding compensation due w/att exh.

   136 -   1   07/07/05    JWS Order granting mot for ext of time until 7/15/05 for def to file
                           mot(s) re: compensation (135-1). cc: cnsl

   137 -   1   07/15/05    Unopposed motion for further extension of time until 8/15/05 to file
                           motion(s) regarding compensation due w/att exhs.

   137 -   2   07/22/05    JWS Order granting unopposed motion for further extension of time until
                           8/15/05 to file motions regarding compensation due (137-1).  cc: cnsl

   138 -   1   08/15/05    DEF 2-11 motion on shortened time allowing filing of document under
                           seal.

   139 -   1   08/15/05    DEF 2-11 Unopposed motion for extension of time for defendants to file
                           motions regarding compensation due.

   140 -   1   08/17/05    JKS Order granting motion on shortened time allowing filing of document
                           under seal (138-1).  cc: cnsl

   141 -   1   08/17/05    JWS Order granting unopposed motion for extension of time for defendants
                           to file motions re: compensation due until 9/16/05 (139-1).  cc: cnsl

   142 -   1   08/23/05    {SEALED}

   143 -   1   09/16/05    DEF 1-11 motion for compensation for unconstitutional forfeiture of
                           property w/att exhs.

   144 -   1   09/16/05    DEF 1-11 motion for evidentiary hearing regarding value of
                           unconstitutionally forfeit property.

   145 -   1   09/16/05    DEF 1-11 Request for Oral Argument re: DEF 1-11 motion for compensation
                           for unconstitutional forfeiture of property (143-1).

   146 -   1   10/04/05    PLF 1 opposition (response) to DEF 1-11 motion for compensation for
                           unconstitutional forfeiture of property (143-1).

   147 -   1   10/04/05    PLF 1 non-opposition to DEF 1-11 motion for evidentiary hearing
                           regarding value of unconstitutionally forfeit property (144-1).

   148 -   1   10/04/05    PLF 1 non-opposition to req for o/a on mot for compensation for
                           unconstitutional forfeiture of property.

   149 -   1   10/12/05    JWS Minute Order granting mot for evid hrg re: value of
                           unconstitutionally forfeit (144-1). cc: cnsl

   150 -   1   10/12/05    JWS Minute Order re: evid hrg set 10/31/05; memos addressing legal
                           issues pertinent to the hrg may be fld by 10/26/05; memos not to exceed

 ACRS: R_VDSDX                  As of 10/31/05 at 5:12 PM by GARRY                          Page 9
```

```
                    UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                         CIVIL DOCKET ENTRIES FOR CASE A96-0335--CV (JWS)
                              "USA V TWELVE PIECES OF PROPERTY ET AL"

                                      For all filing dates

 Document #    Filed      Docket text
 _____    _____      _____

                          15 pages; no responses to memos allowed; brf o/a will be allowed
                          following evidentiary hrg. cc: cnsl

   151 -  1   10/24/05    PLF 1 Unopposed motion on shortened time to continue evidentiary
                          hearing.

   152 -  1   10/25/05    JWS Minute Order granting unoppo mot on shortened time to continue evid
                          hrg (151-1); 10/31/05 evid hrg reset to 12/9/05 @ 8:30 a.m.. cc: cnsl

   153 -  1   10/25/05    DEF 7 Unopposed motion for extension of time to file memorandum for
                          evidentiary hearing & continuation of evidentiary hearing on motion for
                          compensation for unconstitutional forfeiture of property.

   154 -  1   10/26/05    PLF 1 opposition to DEF 1-11 motion for compensation for
                          unconstitutional forfeiture of property (143-1) w/att exhs.

   153 -  2   10/27/05    JWS Order granting unoppo mot for ext of time to file memos for evid hrg
                          (153-1); evid hrg set 12/9/05 @ 8:30 a.m.; memos mentioned @ dkt 150 due
                          12/2/05. cc: cnsl
```