## MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA   v.   12 PIECES OF PROPERTY, et al.

THE HONORABLE JOHN W. SEDWICK          CASE NO.   A96-335 CV (JWS)

Deputy Clerk                            Official Recorder

Pam Richter

APPEARANCES:   for PLAINTIFF:   ----

for DEFENDANT:   ----

PROCEEDINGS:   **ORDER FROM CHAMBERS**

The court will hear final oral argument regarding the motion at docket 143 at 8:30 AM on Tuesday, January 24, 2006.  Each side will be strictly limited to no more than 15 minutes.

DATE:  December 30, 2005

ENTERED AT JUDGE'S DIRECTION
INITIALS:  prr
Deputy Clerk

A96-0335--CV (JWS)   12/30/05
----------------------------------------
✓ P. WEIDNER (WEIDNER)
✓ W. ARTUS
✓ J. BARKELEY (USA)

160

FILED
DEC 3 0 2005
UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy