TIMOTHY M. BURGESS
United States Attorney

JAMES BARKELEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019

## IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:96-cv-335-JWS |
| | ) | |
| Plaintiff, | ) | **UNOPPOSED MOTION ON** |
| | ) | **SHORTENED TIME TO CONTINUE** |
| v. | ) | **FINAL ORAL ARGUMENT** |
| | ) | |
| 12 PIECES OF REAL PROPERTY, | ) | |
| ET AL., | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

COMES NOW the United States of America, by and through counsel, and hereby moves the Court to continue the final oral argument in this case until February 1, 2006, or a date later in that week (week of January 30). The continuance is requested because the undersigned is unavailable for the current hearing date, leaving that day, January 24, at 8:00 a.m. for the Ninth Circuit Asset Forfeiture Conference in Las Vegas. The undersigned is a panelist at the conference. These travel reservations were already in place at the time the Court issued its Order setting oral argument for January 24, 2006 (docket 160). This motion is unopposed.

For the foregoing reason, the parties request that the final oral argument be continued

until **Wednesday, February 1, 2006, or a date later in that week**, by which time the undersigned will be available.  Cristina Weidner Tafs has confirmed Mr. Weidner's availability at that time.

DATED this 11th day of January, 2006 in Anchorage, Alaska.

TIMOTHY M. BURGESS
United States Attorney

s/James Barkeley
Assistant U.S. Attorney
222 W. 7th Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-3699
Fax: (907) 271-1500
Email: jim.barkeley@usdoj.gov
Alaska Bar No. 8306019


**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy
of the foregoing UNOPPOSED MOTION ON SHORTENED
TIME TO CONTINUE FINAL ORAL ARGUMENT was sent
electronically this 11th day of January, 2006, to:

PHILLIP P. WEIDNER
Phillip Paul Weidner & Associates
330 L Street, Suite 200
Anchorage, Alaska 99501

s/James Barkeley