MINUTES OF THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

*UNITED STATES OF AMERICA*   v.   *TWELVE PIECES OF PROPERTY, et al.*

THE HONORABLE JOHN W. SEDWICK         CASE NO. 3:96-cv-00335

PROCEEDINGS:   **ORDER FROM CHAMBERS**         Date:  January 12, 2006

    The motion at docket 161 is **GRANTED** as follows:  The oral argument is continued to **8:30 AM** on **February 3, 2006.**