Phillip Paul Weidner & Associates, Inc.
330 "L" Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,              ) | |
| )  | |
| Plaintiff,              ) | |
| ) | |
| vs.                                                                ) | Case No. A96-335 CV (JWS) |
| ) | |
| TWELVE PIECES OF REAL PROPERTY,   ) | |
| ET AL.,                                                        ) | |
| Defendants.              ) | |

**[PROPOSED]
O R D E R
GRANTING RECONSIDERATION OF ORDER DENYING FURTHER COMPENSATION**

Pursuant to motion, and for good cause shown, reconsideration of matters determined in the Order from Chambers dated February 7, 2006, is GRANTED.

That order is hereby VACATED.

**SO ORDERED this _____ day of _____, 2006.**

_____
**The Honorable John Sedwick
Judge of the U.S. District Court**

CERTIFICATE OF SERVICE
I hereby certify that on February 14, 2006 a copy of the foregoing Proposed Order was served electronically on James Barkeley at jim.barkeley@usdoj.gov, kristine.o' neill@usdoj.gov; katie.voke@usdoj.gov; usaak.ecf@usdoj.gov;

And by regular US Mail on William D. Artus, Attorney at Law, 629 L Street Anchorage, AK 99501

s/ Phillip Paul Weidner

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200 Fax (907) 278-6571

1