Phillip Paul Weidner & Associates, Inc.
330 "L" Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Defendant/Appellant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. A96-335 CV (JWS) |
| | ) |
| TWELVE PIECES OF REAL PROPERTY, | ) |
| ET AL., | ) |
| Defendants. | ) |

### NOTICE OF APPEAL

Notice is hereby given that the 1975 SuperCub PA-18 aircraft, FAA Reg. No. N4545B ("Supercub"), and real property more particularly described as T17N R5W, Section 33, Seward prime Meridian, Alaska, Tract A, Plat 77-49, Alaska State Land Survey No. 76-182 ("Hock Lake property), as *in rem* defendants, and further, Gerald Frank Plunk, alleged owner of said properties/claimants/defendants, in the above- named case, by and through counsel, Phillip Paul Weidner & Associates, a Professional Corporation, hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Order from Chambers entered February 7, 2006, [Docket No. 164] Exhibit A herewith, and the Amended Final Decree of Forfeiture entered February 10, 2006 [Docket No. 165] Exhibit B herewith, by the Honorable John W. Sedwick, United States District Court Judge, in the United States District Court for the District of Alaska.

This Notice of Appeal is timely pursuant to the provisions of Federal Rule of Appellate Procedure 4(a)(1).

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200 Fzx (907) 278-6571

2

RESPECTFULLY SUBMITTED this 7th day of March, 2006.

      WEIDNER & ASSOCIATES, INC.
      Counsel for Gerald Frank Plunk, Supercub and Hock Lake real property

      s/ Phillip Paul Weidner
      WEIDNER & ASSOCIATES, INC.
      330 L Street, Suite 200
      Anchorage, AK 99501
      Phone (907) 276-1200
      Fax (907) 278-6571
      E-mail: jgreene@weidner-justice.com
      ABA 7305032

CERTIFICATE OF SERVICE
I hereby certify that on March 7, 2006 a copy of the foregoing Notice of Appeal was served electronically on James Barkeley at jim.barkeley@usdoj.gov, kristine.o' neill@usdoj.gov; katie.voke@usdoj.gov; usaak.ecf@usdoj.gov;

And by regular US Mail on
William D. Artus
Attorney at Law
629 L Street
Anchorage, AK 99501
.

s/ Phillip Paul Weidner

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fzx (907) 278-6571