A-11 (rev. 7/00)                                                                      Page 1 of 2



USCA DOCKET # (IF KNOWN)

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## CIVIL APPEALS DOCKETING STATEMENT

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| TITLE IN FULL:* | DISTRICT: **Alaska** | JUDGE: **John W. Sedwick** |
|---|---|---|
| United States of America, Plaintiff, v. Twelve pieces of real property with all appurtenances and improvements thereon located in Alaska, in rem defendants | DISTRICT COURT NUMBER: 96-cv-335 (JWS) | |
| | DATE NOTICE OF APPEAL FILED: 3/7/2006 | IS THIS A CROSS-APPEAL? ☐ YES |
| | IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY): 98-35702 | |

**BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW:**
Forfeiture proceedings instituted by U.S. government remanded by Ninth Circuit to district court for further proceedings and amendment of judgment following finding of no probable cause for seizure or forfeiture. Government returned sale proceeds of wrongfully seized property, plus interest. Claimant moved for further compensation and district court denied motion.

**PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:**
The District Court erred in failing to award appropriate compensation to make claimant whole following wrongful seizure and forfeiture of property.

**PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POSTJUDGMENT MOTIONS):**

**DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:**

☐ Possibility of settlement

☐ Likelihood that intervening precedent will control outcome of appeal

☐ Likelihood of a motion to expedite or to stay the appeal, or other procedural matters (Specify) _____

☐ Any other information relevant to the inclusion of this case in the Mediation Program _____

☐

Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges

## LOWER COURT INFORMATION

*See attached page for full case title.

| JURISDICTION | | DISTRICT COURT DISPOSITION | |
|---|---|---|---|
| FEDERAL | APPELLATE | TYPE OF JUDGMENT/ORDER APPEALED | RELIEF |
| [X] FEDERAL QUESTION | [X] FINAL DECISION OF DISTRICT COURT | [ ] DEFAULT JUDGMENT | [X] DAMAGES: SOUGHT $ $239,000 AWARDED $ $88,037.25 |
| [ ] DIVERSITY | [ ] INTERLOCUTORY DECISION APPEALABLE AS OF RIGHT | [ ] DISMISSAL/JURISDICTION | |
| [ ] OTHER (SPECIFY): | | [ ] DISMISSAL/MERITS | [ ] INJUNCTIONS: |
| | | [ ] SUMMARY JUDGMENT | [ ] PRELIMINARY |
| | [ ] INTERLOCUTORY ORDER CERTIFIED BY DISTRICT JUDGE (SPECIFY): | [X] JUDGMENT/COURT DECISION | [ ] PERMANENT |
| | | [ ] JUDGMENT/JURY VERDICT | [ ] GRANTED |
| | | [ ] DECLARATORY JUDGMENT | [ ] DENIED |
| | | [ ] JUDGMENT AS A MATTER OF LAW | [X] ATTORNEY FEES: SOUGHT $ 10% AWARDED $ 0 |
| | [ ] OTHER (SPECIFY): | [ ] OTHER (SPECIFY): | [ ] PENDING |
| | | | [ ] COSTS: $ |

### CERTIFICATION OF COUNSEL

I CERTIFY THAT:
1. COPIES OF ORDER/JUDGMENT APPEALED FROM ARE ATTACHED.
2. A CURRENT SERVICE LIST OR REPRESENTATION STATEMENT WITH TELEPHONE AND FAX NUMBERS IS ATTACHED (SEE 9TH CIR. RULE 3-2).
3. A COPY OF THIS CIVIL APPEALS DOCKETING STATEMENT WAS SERVED IN COMPLIANCE WITH FRAP 25.
4. I UNDERSTAND THAT FAILURE TO COMPLY WITH THESE FILING REQUIREMENTS MAY RESULT IN SANCTIONS, INCLUDING DISMISSAL OF THIS APPEAL.

_/s/ Phillip Paul Weidner_   3/7/06
Signature   Date

### COUNSEL WHO COMPLETED THIS FORM

NAME: Phillip Paul Weidner

FIRM: Weidner & Associates, Inc.

ADDRESS: 330 L Street, Suite 200, Anchorage, Alaska 99501

E-MAIL: jgreene@weidnerjustice.com

TELEPHONE: (907) 276-1200

FAX: (907) 278-6571

✱THIS DOCUMENT SHOULD BE FILED IN THE DISTRICT COURT WITH THE NOTICE OF APPEAL✱
✱IF FILED LATE, IT SHOULD BE FILED DIRECTLY WITH THE U.S. COURT OF APPEALS✱

| | |
|---|---|
| UNITED STATES OF AMERICA,                                )<br>                                                                              )<br>                              Plaintiff,                         )<br>                                                                              )<br>            vs.                                                          )<br>                                                                              )<br>TWELVE PIECES OF REAL PROPERTY      )<br>WITH ALL APPURTENANCES AND                )<br>IMPROVEMENTS THEREON, LOCATED IN )<br>ALASKA AND KNOWN AS:  TIMBERLUX    )<br>SUBDIVISION, ADDITION #3, BLOCK F,         )<br>LOT 3, ALSO KNOWN AS 14940 LONGBOW )<br>DRIVE; T17NR5W, SECTION 33, SEWARD   )<br>PRIME MERIDIAN, ALASKA, TRACT A, PLAT )<br>77-49, ALASKA STATE LAND SURVEY NO.   )<br>76-182 WITH CABIN; 12.32 ACRES OF            )<br>UNIMPROVED REAL PROPERTY, MORE      )<br>FULLY DESCRIBED AS INLET VIEW             )<br>SUBDIVISION, MATSU BOROUGH, ALASKA; )<br>LOT 2 BLOCK 1, LOT 10 BLOCK 1, LOT 11     )<br>BLOCK 1, LOT 7 BLOCK 5, LOT 8 BLOCK 5,  )<br>LOT 5 BLOCK 6, LOT 6 BLOCK 6, LOT 7        )<br>BLOCK 6; .60 ACRES OF UNIMPROVED       )<br>REAL PROPERTY LOCATED AT RABBIT      )<br>CREEK HEIGHTS BLOCK 4 LOT 6,                  )<br>ANCHORAGE, ALASKA; ANY AND ALL        )<br>PROCEEDS FROM THE SALE OF SAID         )<br>PROPERTY; $50,000 IN U.S. CURRENCY;      )<br>AND ONE HEAT SEALED BAG OF                   )<br>APPROXIMATELY $5,000 IN UNITED           )<br>STATES CURRENCY, IN REM,                         )<br>                                                                              )<br>                              Defendants,                      )<br>AND                                                                     )<br>                                                                              )<br>GERALD FRANK PLUNK,                                  )<br>                                                                              )<br>                              Defendant.                        )<br>_____) | Case No. A96-335 CIV |

Attachment to Ninth Circuit Civil Appeals Docketing Statement
Page 1 of 1