Phillip Paul Weidner
Phillip Paul Weidner & Associates, Inc.
330 "L" Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. A96-335 CV (JWS) |
| ) | |
| TWELVE PIECES OF REAL PROPERTY, ) | |
| ET AL., ) | |
| Defendants. ) | |
| ) | |

**REPRESENTATION STATEMENT**

COME NOW the above-referenced properties listed as *in rem* defendants, and further, Gerald Frank Plunk, alleged owner of said properties/claimants/defendants, by and through counsel, Phillip Paul Weidner & Associates, a Professional Corporation, and hereby pursuant to Ninth Circuit Rule 3-2, provides this Court a statement of the identification of all parties, and the names, addresses, and telephone numbers of counsel in this action, in connection with Defendant's Notice of Appeal filed concurrently herewith.

Plaintiff/Appellee                                          Attorney for Plaintiff/Appellee

United States of America                             James N. Barkeley
                                                                     U.S. Attorney's Office
                                                                     222 West 7th Avenue, #9
                                                                     Anchorage, AK 99513
                                                                     (907) 271-3699 (phone)
                                                                     (907) 271-1500 (fax)

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fzx (907) 278-6571

1

| Defendant/Appellant | Attorney for Defendant/Appellant |
|---|---|
| 1975 Supercub, PA-18, ID # N4545B | Phillip Paul Weidner<br>Phillip Paul Weidner and Associates<br>330 L Street, Suite 200<br>Anchorage, AK 99501<br>(907) 276-1200 (phone)<br>(907) 278-6571 (fax) |

| Defendant/Appellant | Attorney for Defendant/Appellant |
|---|---|
| T17NR5W Section 33, Seward Prime Meridian, Alaska Tract A | Phillip Paul Weidner<br>Phillip Paul Weidner and Associates<br>330 L Street, Suite 200<br>Anchorage, AK 99501<br>(907) 276-1200 (phone)<br>(907) 278-6571 (fax) |

| Defendant/Appellant | Attorney for Defendant/Appellant |
|---|---|
| Gerald Frank Plunk | Phillip Paul Weidner<br>Phillip Paul Weidner and Associates<br>330 L Street, Suite 200<br>Anchorage, AK 99501<br>(907) 276-1200 (phone)<br>(907) 278-6571 (fax) |

Weidner & Associates
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fzx (907) 278-6571

RESPECTFULLY SUBMITTED this 7th day of March, 2006.

        WEIDNER & ASSOCIATES, INC.
Counsel for Gerald Frank Plunk

s/ Phillip Paul Weidner
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
Phone (907) 276-1200
Fax (907) 278-6571
E-mail: jgreene@weidner-justice.com
ABA 7305032

CERTIFICATE OF SERVICE
I hereby certify that on  March 7, 2006, a copy of the foregoing Motion for Reconsideration was served electronically on James Barkeley at jim.barkeley@usdoj.gov, kristine.o'neill@usdoj.gov; katie.voke@usdoj.gov; usaak.ecf@usdoj.gov;

And by regular U.S. Mail on
William D. Artus
Attorney at Law
629 L Street
Anchorage, AK 99501

s/ Phillip Paul Weidner