Phillip Paul Weidner & Associates, Inc.
330 "L" Street, Suite 200
Anchorage, Alaska  99501
(907) 276-1200

Attorneys for Defendant/Appellant

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. A96-335 CV (JWS) |
| ) | |
| TWELVE PIECES OF REAL PROPERTY, ) | |
| ET AL., ) | |
| Defendants. ) | |

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of March, 2006, I served, by U.S. mail, a copy of the Defendants' Notice of Appeal to the following counsel:

William D. Artus
Attorney at Law
629 L Street
Anchorage, AK 99501

RESPECTFULLY SUBMITTED this 8th day of March, 2006.

WEIDNER & ASSOCIATES, INC.
Counsel for Gerald Frank Plunk, Supercub
and Hock Lake real property

s/ Phillip Paul Weidner
WEIDNER & ASSOCIATES, INC.
330 L Street, Suite 200
Anchorage, AK  99501
Phone (907) 276-1200
Fax (907) 278-6571
E-mail: jgreene@weidner-justice.com
ABA 7305032

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK  99501
(907) 276-1200  Fax (907) 278-6571

1

CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2006 a copy of the foregoing Notice of Appeal was served electronically on James Barkeley at jim.barkeley@usdoj.gov, kristine.o' neill@usdoj.gov; katie.voke@usdoj.gov; usaak.ecf@usdoj.gov;

And by regular US Mail on
William D. Artus
Attorney at Law
629 L Street
Anchorage, AK 99501
.

s/ Phillip Paul Weidner

**Weidner & Associates**
330 L. Street, Suite 200
Anchorage, AK 99501
(907) 276-1200 Fzx (907) 278-6571