UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

RECEIVED
APR 0 5 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

( 06-35269 )

**CASE INFORMATION:**
Short Case Title: USA v Twelve Pieces of Property, et al
Court of Appeals No. (leave blank if unassigned):
U.S. District Court Judge Name and Case No.: John W. Sedwick - 3:96-cv-00335-JWS
Date Complaint/Indictment/Petition Filed: 9/16/96
Date Appealed Order/Judgment *entered*: 2/7/06
Date NOA *filed*: 3/7/06
COA Status (check one):
__granted in full (attach order)   __denied in full (send record)
__granted in part (send record)   __pending

Court Reporter(s) Name and Phone Number:
Linda Christensen - 907-677-6104, Elisa Singleton - 907-677-6105
Magistrate Judge's Order? If so, please attach.

**FEE INFORMATION:**
Date Docket Fee paid: 3/8/06      Date Docket Fee billed: _
Date FP granted: _                Date FP denied: _
Is FP pending? __yes/no           Was FP Limited/Revoked?
US Government Appeal?  No yes/no
Companion Cases? Please list: _
Please attach copy of any order granting, denying or revoking FP.

**COUNSEL INFORMATION:** (please include e-mail address and fax number)
Appellate Counsel:              Appellee Counsel:
Phillip Paul Weidner            James N. Barkeley, AUSA
Weidner & Associates            U.S. Attorney's Office
330 L Street, Suite 200         222 W. 7th Ave., #9
Anchorage, AK  99501            Anchorage, AK  99513
FAX: 907-278-6571               FAX: 907-271-1500

X_retained   __CJA   __FPD   __FPD   __Other   Please attach Appointment Order.

**DEFENDANT INFORMATION:**
Prisoner ID: _        Address: _
Custody: _                      _
Bail: _

**AMENDED NOTIFICATION INFORMATION:**
Fees Paid: _       9th Circuit Docket Number: _

Name and phone number of person completing this form: Linda Christensen - 907-677-6104