UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

TRANSCRIPT DESIGNATION FORM

RECEIVED
APR 0 6 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

U.S. Court of Appeals # **06-35-269**       U.S. District Court # **CV-96-00335-A-JWS**
Short Case Title  **U.S. v. 12 pieces and Gerald Frank Plunk**
Date Notice of Appeal Filed by Clerk of District Court **3/7/06**

Section A - To Be completed by Party Ordering Transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| 5/16/1997 | | oral arg. mtn to dismiss |
| 11/21/1997 | | oral arg. mtn to stay |
| 12/9/2005 | | evid. hrg. |
| 2/3/2006 | | oral arg. |
| | | JURY INSTRUCTIONS |
| | | PRE-TRIAL PROCEEDINGS |
| | | OTHER |

(Attach Additional Page for Designations if Necessary)

( X ) As retained counsel I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order. *I have attached a completed AO-435, Transcript Order Form, to this designation for purposes of ordering the transcript(s).*

(  ) I have designated the portion(s) of transcript(s) and will notify all counsel of this intention. The transcripts have previously been produced and are already on file with the court.

(  ) I do not intend to designate any portion of the transcript and will notify counsel of this intention.

(  ) As appointed counsel I certify that an appropriate order, i.e., CJA-24, authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the Court. I agree to recommend payment for work done prior to cancellation of this order.

Date Transcript Ordered **4/6/2006**    Estimated Date for Completion _____
Signature of Attorney _____  Phone Number **(907) 276-1200**
Address **330 L Street, Suite 200**
        **Anchorage, AK 99501**

Section B - To Be Completed by Court Reporter

I, _____, have received this designation.
          (Signature of Court Reporter)

(  ) Arrangements for payment were made on _____
(  ) Arrangements for payment have not been made pursuant to FRAP 10(b).
    Approximate Number of Pages _____   Due Date _____

Section C - To Be Completed by Court Reporter
    Date Transcript Filed _____ Court Reporter's Signature _____

(Trscrpt.des)

USDCA - Form 46 (revised 10/04)