RECEIVED
JUN 1 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN - 1 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff - Appellee,<br><br>v.<br><br>GEORGE FRANK PLUNK; et al.,<br><br>  Defendants - Appellants,<br><br>and<br><br>TWELVE PIECES OF REAL PROPERTY WITH ALL APPURTENANCES,<br><br>  Defendant. | No. 06-35269<br><br>D.C. No. CV-96-00335-A-JWS<br>District of Alaska,<br>Anchorage<br><br>ORDER |

On May 30, 2006, a telephone conference was held with Circuit Mediator Claudia L. Bernard. Counsel for appellee failed to appear.

The assessment conference originally scheduled for May 30, 2006, is rescheduled to June 16, 2006, at 10:00 a.m. **PACIFIC (San Francisco) Time.**

The briefing schedule previously set by the court is vacated.

FOR THE COURT

Claudia L. Bernard
Circuit Mediator