UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**
SEP 15 2006
CATHY A. CATTERSON
CLERK, U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>GEORGE FRANK PLUNK; et al.,<br><br>Defendants - Appellants,<br><br>and<br><br>TWELVE PIECES OF REAL PROPERTY WITH ALL APPURTENANCES,<br><br>Defendant. | No. 06-35269<br><br>D.C. No. CV-96-00335-A-JWS<br>District of Alaska,<br>Anchorage<br><br>ORDER |

RECEIVED
SEP 18 2006
CLERK, U.S. ...
ANCHORAGE ...

Before: Peter L. Shaw, Appellate Commissioner

The court is in receipt of appellants' motion for an extension of time to file the opening brief. The first extension was granted pursuant to Ninth Circuit Rule 31-2.2(a), which provides for a one-time telephonic extension of no more than 14 days. This court expends substantial resources in monitoring such telephone requests as an accommodation to the bar, with the expectation that the court will not be further burdened by additional written requests for an extension of time. The rule itself specifies that extraordinary circumstances must occur to justify a

second extension of time. Here, counsel has not advanced extraordinary circumstances in support of the current motion for an extension of time to file the opening brief that were not known when counsel obtained the telephonic extension.

Nonetheless, in the interest of justice, the motion is granted. The court does, however, expect counsel to request telephonic extensions only when counsel anticipates that the brief will in fact be filed within 14 days. In other instances, counsel should file a written motion for an extension of time to file a brief, even if the motion will be filed late.

The opening brief is now due November 6, 2006. The answering brief is due December 6, 2006. The optional reply brief is due 14 days after service of the answering brief.

　　　　　　　　　　　　　　　　_Peter L. Ahrens_
　　　　　　　　　　　　　　　　General Order 6.3(e)

promo commissioner 9.11.06/gs