**FILED**

**NOV 22 2006**

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>GEORGE FRANK PLUNK; et al.,<br><br>Defendants - Appellants,<br><br>and<br><br>TWELVE PIECES OF REAL PROPERTY WITH ALL APPURTENANCES,<br><br>Defendant. | No. 06-35269<br><br>D.C. No. CV-96-00335-A-JWS<br>District of Alaska,<br>Anchorage<br><br>RECEIVED<br>NOV 2 ? 2006<br>CLERK, U.S. ...<br>ANCHORAGE, ALASKA<br><br>ORDER |

The appellants' motion to file the opening brief late is granted. The opening brief received on November 13, 2006 shall be filed. The answering brief is due December 21, 2006. The optional reply brief is due 14 days after service of the answering brief.

For the Court:

CATHY A. CATTERSON
Clerk of the Court

*/s/ Grace S. Santos*
Grace S. Santos
Deputy Clerk
Ninth Circuit Rule 27-7/Advisory Note to Rule 27
and Ninth Circuit 27-10

Pro 11.20