UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**RECEIVED**
FEB 1 9 2008
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> GEORGE FRANK PLUNK; et al., <br><br> Defendants - Appellants, <br><br> and <br><br> TWELVE PIECES OF REAL PROPERTY WITH ALL APPURTENANCES, <br><br> Defendant. | No. 06-35269 <br> D.C. No. CV-96-00335-A-JWS <br><br> **JUDGMENT** |

Appeal from the United States District Court for the District of Alaska (Anchorage).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Alaska (Anchorage) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **AFFIRMED**.

Filed and entered 12/21/07

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
FEB 1 2 2008
by
Deputy Clerk